UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANGELA L. DEMELLO A/K/A ANGELA DEMELLO )<br>        *Plaintiff* )<br>)<br>v. )<br>)<br>)<br>FITNESS INTERNATIONAL, LLC )<br>        *Defendant* ) | April 16, 2020 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Fitness International, LLC ("Defendant") hereby gives notice of the removal of this action, which is currently pending in the Judicial District of Fairfield at Bridgeport, captioned *Angela L. Demello a/k/a Angela Demello v. Fitness International, LLC*, to the United States District Court for the District of Connecticut. As grounds for removal, Defendant states as follows:

1. Defendant removes this case on the basis of diversity jurisdiction, on the grounds that there is complete diversity of citizenship among the parties to this litigation and the amount in controversy exceeds $75,000 exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)(1) ("The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.").

## BACKGROUND

2. Plaintiff Angela L. Demello ("Plaintiff") filed her complaint against Defendant ("Complaint") in the Judicial District of Fairfield at Bridgeport with a return date of

May 5, 2020. A copy of the Summons and Complaint in the State court action is attached hereto as **Exhibit A**.

3. In her Complaint, Plaintiff alleges that on May 30, 2019, she was an invitee at Defendant's health club facility located at 411 Barnum Avenue Cut-off in Stratford, Connecticut ("premises"). *See* Complaint, ¶ 6. Plaintiff further alleges that she was caused to slip and fall at Defendant's premises and, as a result, sustained injuries. *Id*. at ¶¶ 7 and 9. Plaintiff asserts negligence against Defendant. *Id.* at ¶¶ 8-11.

## TIMELINESS OF REMOVAL

4. Defendant was served with Plaintiff's Complaint on or about March 27, 2020. *See* **Exhibit A**.

5. This Notice of Removal is timely because it is filed within 30 days from the date that the last defendant received service of the Complaint. *See* 28 U.S.C. §§ 1441(e), 1446(b); *see also Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.,* 526 U.S. 344, 348 (removal period triggered by service).

## DIVERSITY OF CITIZENSHIP

6. Complete diversity of citizenship exists in this matter because Defendant is a citizen of a different State from Plaintiff. *See* 28 U.S.C. § 1332(a).

7. Plaintiff is a citizen of Connecticut. *See* **Exhibit A**.

8. At the time of the filing of the Complaint, Defendant was, and currently is, a limited liability company formed under the laws of California with its principal place of business located at 3161 Michelson Drive, Suite 600, Irvine, California. *See* Affidavit of Robert A. Wilson, attached hereto as **Exhibit B**. Defendant has three members:

two limited liability companies ("Member LLCs") and one limited partnership ("Member Partnership"). *Id*. None of the members of the Member LLCs are citizens of Connecticut. *Id*. Likewise, none of the partners of the Member Partnership are citizens of Connecticut. *Id*. For the purposes of removal, Defendant is not a citizen of Connecticut.

9. There is complete diversity between Plaintiff and Defendant in this action. *See* 28 U.S.C. § 1332(a)(1).

## AMOUNT IN CONTROVERSY

10. Based on Plaintiff's allegations, the amount in controversy in this case exceeds the jurisdictional minimum of $75,000 required for diversity jurisdiction pursuant to 28 U.S.C. § 1332.

11. Plaintiff alleges that, as a result of the incident on May 30, 2019, she sustained various injuries, including: "Full thickness tear of the anterior distal aspect of the supraspinatus tendon; infraspinatus and long head of biceps tendinosis; posterior labral tear; left complete chronic rotator cuff tear; aggravation of pre-existing condition of the left shoulder; mild acrominoclavicular arthropathy; concussion; headache; left knee sprain of the medial ligament; low back pain; aggravation of pre-existing condition of the lumbar spine; left and right hip pain; bilateral lumbar radiculitis; lumbosacral neuritis; and persistent cervical pain." *See* Complaint, ¶ 9.

12. Plaintiff alleges in her Statement of Amount in Demand that monetary damages are in excess of $15,000. *Id*. at p. 6.

13. Plaintiff has presented medical bills of approximately $50,000 and has claimed serious injuries to various body parts in addition to a head trauma that has affected

her mental cognitive abilities.  All of these factors render this claim one that exceeds the $75,000 amount necessary to establish diversity jurisdiction. *See* Affidavit of Kevin J. O'Leary, attached hereto as **Exhibit C**.

## ALL PROCEDURAL PREREQUISITES TO REMOVAL HAVE BEEN MET

14. Pursuant to 28 U.S.C. §§ 1441(a) and 1446(a), Defendant is filing this Notice of Removal in the federal district court for the district within which the State court complaint was filed.

15. Pursuant to 28 U.S.C. § 1446(a), Defendant attaches all process, pleadings, and orders that have been filed, served or received by Defendant in this action as **Exhibit A**.

16. Pursuant to 28 U.S.C. § 1391, venue is proper in the United States District Court for the District of Connecticut, as the Complaint in this action was filed in the Judicial District of Fairfield at Bridgeport.

17. Defendant has given written notice of the filing of this Notice of Removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Judicial District of Hartford, as required by 28 U.S.C. § 1446(d).

18. In removing this action, Defendant does not intend to waive any rights or defenses to which it is otherwise entitled under the Federal Rules of Civil Procedure.

19. Based upon the record submitted with this notice, this Court has jurisdiction over Plaintiff's claims and the Complaint is properly removed to this Court.

WHEREFORE, Defendant Fitness International, LLC respectfully requests that this action proceed in the United States District Court for the District of Connecticut, as an action properly removed from state court.

        Respectfully submitted by,
        Defendant
        FITNESS INTERNATIONAL, LLC
        By its attorneys,

        /s/ Kevin J. O'Leary

        _____
        Kevin J. O'Leary, ct30271
        Lesley P. Chuang, ct29468
        COUGHLIN BETKE LLP
        175 Federal Street
        Boston, MA 02110
        (617) 988-8050
        koleary@coughlinbetke.com
        lchuang@coughlinbetke.com

## **CERTIFICATE OF SERVICE**

    I, Kevin J. O'Leary, hereby certify that on this 16th day of April 2020, I served a copy of the within document upon all parties of record via the Court ECF system.

John Varrone, Esq.
Varrone & Varrone
55 Corporate Drive
Trumbull, CT 06611

        /s/ Kevin J. O'Leary

        _____
        Kevin J. O'Leary, Esq. (ct30271)