

# Service of Process Transmittal
03/27/2020
CT Log Number 537462376

| | |
|---|---|
| **TO:** | Robert Wilson<br>Fitness International, LLC<br>3161 Michelson Dr Ste 600<br>Irvine, CA 92612-4406 |
| **RE:** | **Process Served in Connecticut** |
| **FOR:** | Fitness International, LLC  (Domestic State: CA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ANGELA L. DEMELLO, etc., Pltf. vs. FITNESS INTERNATIONAL, LLC, Dft. |
| **DOCUMENT(S) SERVED:** | * |
| **COURT/AGENCY:** | None Specified<br>Case # NONE |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition - * |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, East Hartford, CT |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/27/2020 at 13:11 |
| **JURISDICTION SERVED:** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | * |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780120329763<br><br>Image SOP<br><br>Email Notification,  Robert Wilson  robertw@lafitness.com<br><br>Email Notification,  Sharon Calahan  sharonc@fitnessintl.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>208 LaSalle Ave<br>Suite 814<br>Chicago, IL 60604 |
| **For Questions:** | 866-539-8692<br>CorporationTeam@wolterskluwer.com |

Page 1 of  1 / HP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# Business Inquiry

## Business Details

| | | | |
|---|---|---|---|
| Business Name: | FITNESS INTERNATIONAL, LLC | Citizenship/State Inc: | Foreign/CA |
| Business ID: | 0717897 | Last Report Filed Year: | 2020 |
| Business Address: | 3161 MICHELSON DR., STE. 600, IRVINE, CA, 92612, USA | Business Type: | Foreign Limited Liability Company |
| Mailing Address: | 3161 MICHELSON DR., STE. 600, IRVINE, CA, 92612, USA | Business Status: | Active |
| Date Inc/Registration: | Jun 14, 2002 | Name in Place of Formation: | |
| Commence Business Date: | Jun 14, 2002 | | |
| Annual Report Due Date: | 03/31/2021 | | |
| NAICS Code: | Arts, Entertainment, and Recreation (71 ) | NAICS Sub Code: | Sports Teams and Clubs (711211 ) |

## Principals Details

| Name/Title | Business Address | Residence Address |
|---|---|---|
| LOUIS WELCH MANAGER | 3161 MICHELSON DR., STE. 600, IRVINE, CA, 92612, USA | 3161 MICHELSON DR., STE. 600, IRVINE, CA, 92612, USA |

## Agent Summary

| | |
|---|---|
| Agent Name | C T CORPORATION SYSTEM |
| Agent Business Address | 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108 |
| Agent Residence Address | NONE |
| Agent Mailing Address | 67 BURNSIDE AVE, EAST HARTFORD, CT, 06108, USA |

**OTHER ADDRESSES:**

Address in the State of Formation: **NONE**

Mailing Address in the State of Formation: **NONE**

| SUMMONS - CIVIL<br>JD-CV-1  Rev. 2-20<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;<br>P.B. §§ 3-1 through 3-21, 8-1, 10-13 | For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA. | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov |
|---|---|---|

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.
☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)*<br>1061 Main Street, Bridgeport, CT 06604 | Telephone number of clerk<br>( 203 ) 579 – 6527 | Return Date *(Must be a Tuesday)*<br>05/05/2020 |
|---|---|---|
| ☒ Judicial District    G.A.<br>☐ Housing Session  ☐ Number: ___ | At *(City/Town)*<br>Bridgeport | Case type code *(See list on page 2)*<br>Major: T   Minor: 12 |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)*<br>Varrone and Varrone, 55 Corporate Drive, 1st Floor, Trumbull, CT 06611 | Juris number *(if attorney or law firm)*<br>101992 |
|---|---|
| Telephone number<br>( 203 ) 261 – 1150 | Signature of plaintiff *(if self-represented)* | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☐ Yes ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| First plaintiff | Name: Demello, Angela L. a/k/a Demello, Angela<br>Address: 84 Ward Street, Stratford, Connecticut 06614 | P-01 |
| Additional plaintiff | Name:<br>Address: | P-02 |
| First defendant | Name: Fitness International, LLC<br>Address: 3161 Michelson Drive, Suite 600 Irvine, CT 92612 | Agent for Service: CT Corporation System<br>67 Burnside Avenue, East Hartford, CT 06108 | D-01 |
| Additional defendant | Name:<br>Address: | D-02 |
| Additional defendant | Name:<br>Address: | D-03 |
| Additional defendant | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**
1. You are being sued. This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney. The court staff is not allowed to give advice on legal matters.

| Date<br>03/19/2020 | Signed *(Sign and select proper box)*<br>[signature] | ☒ Commissioner of Superior Court<br>☐ Clerk | Name of person signing<br>John M. Varrone |
|---|---|---|---|

**If this summons is signed by a Clerk:**
a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

A TRUE COPY
ATTEST
ELIZABETH J. OSTROWSKI
CONNECTICUT STATE MARSHAL
FAIRFIELD COUNTY
INDIFFERENT PERSON

For Court Use Only
File Date

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

Page 1 of 2

### Instructions

1. Type or print legibly. If you are a self-represented party, this summons must be signed by a clerk of the court.
2. If there is more than one defendant, make a copy of the summons for each additional defendant. Each defendant must receive a copy of this summons. Each copy of the summons must show who signed the summons and when it was signed. If there are more than two plaintiffs or more than four defendants, complete the Civil Summons Continuation of Parties (form JD-CV-2) and attach it to the original and all copies of the summons.
3. Attach the summons to the complaint, and attach a copy of the summons to each copy of the complaint. Include a copy of the Civil Summons Continuation of Parties form, if applicable.
4. After service has been made by a proper officer, file the original papers and the officer's return of service with the clerk of the court.
5. Use this summons for the case type codes shown below.
   Do *not* use this summons for the following actions:
   - (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   - (b) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   - (c) Applications for change of name
   - (d) Probate appeals
   - (e) Administrative appeals
   - (f) Proceedings pertaining to arbitration
   - (g) Summary Process (Eviction) actions
   - (h) Entry and Detainer proceedings
   - (i) Housing Code Enforcement actions

### Case Type Codes

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|
| Contracts | C 00 | Construction - All other |
| | C 10 | Construction - State and Local |
| | C 20 | Insurance Policy |
| | C 30 | Specific Performance |
| | C 40 | Collections |
| | C 50 | Uninsured/Underinsured Motorist Coverage |
| | C 60 | Uniform Limited Liability Company Act – C.G.S. 34-243 |
| | C 90 | All other |
| Eminent Domain | E 00 | State Highway Condemnation |
| | E 10 | Redevelopment Condemnation |
| | E 20 | Other State or Municipal Agencies |
| | E 30 | Public Utilities & Gas Transmission Companies |
| | E 90 | All other |
| Housing | H 10 | Housing - Return of Security Deposit |
| | H 12 | Housing - Rent and/or Damages |
| | H 40 | Housing - Housing - Audita Querela/Injunction |
| | H 50 | Housing - Administrative Appeal |
| | H 60 | Housing - Municipal Enforcement |
| | H 90 | Housing - All Other |
| Miscellaneous | M 00 | Injunction |
| | M 10 | Receivership |
| | M 15 | Receivership for Abandoned/Blighted Property |
| | M 20 | Mandamus |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) |
| | M 40 | Arbitration |
| | M 50 | Declaratory Judgment |
| | M 63 | Bar Discipline |
| | M 66 | Department of Labor Unemployment Compensation Enforcement |
| | M 68 | Bar Discipline - Inactive Status |
| | M 70 | Municipal Ordinance and Regulation Enforcement |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 |
| | M 83 | Small Claims Transfer to Regular Docket |
| | M 84 | Foreign Protective Order |
| | M 89 | CHRO Action in the Public Interest - P.A. 19-93 |
| | M 90 | All other |

| MAJOR DESCRIPTION | CODE Major/Minor | MINOR DESCRIPTION |
|---|---|---|
| Property | P 00 | Foreclosure |
| | P 10 | Partition |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | P 30 | Asset Forfeiture |
| | P 90 | All other |
| Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | T 03 | Defective Premises - Private - Other |
| | T 11 | Defective Premises - Public - Snow or Ice |
| | T 12 | Defective Premises - Public - Other |
| | T 20 | Products Liability - Other than Vehicular |
| | T 28 | Malpractice - Medical |
| | T 29 | Malpractice - Legal |
| | T 30 | Malpractice - All other |
| | T 40 | Assault and Battery |
| | T 50 | Defamation |
| | T 61 | Animals - Dog |
| | T 69 | Animals - Other |
| | T 70 | False Arrest |
| | T 71 | Fire Damage |
| | T 90 | All other |
| Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | V 05 | Motor Vehicles* - Property Damage only |
| | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | V 09 | Motor Vehicle* - All other |
| | V 10 | Boats |
| | V 20 | Airplanes |
| | V 30 | Railroads |
| | V 40 | Snowmobiles |
| | V 90 | All other |
| | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | W 90 | All other |

| | |
|---|---|
| RETURN DATE:  MAY 5, 2020 | : SUPERIOR COURT |
| ANGELA L. DEMELLO A/K/A ANGELA DEMELLO | : J.D. OF FAIRFIELD |
| V. | : AT BRIDGEPORT |
| FITNESS INTERNATIONAL, LLC | : MARCH 19, 2020 |

## COMPLAINT

1. The Plaintiff **ANGELA L. DEMELLO A/K/A ANGELA DEMELLO** at all times stated herein was and is a resident of Stratford, Connecticut.

2. The Defendant **FITNESS INTERNATIONAL, LLC** at all times stated herein is and was a foreign limited liability company, authorized to do business in the State of Connecticut, doing business as LA Fitness, as a fitness/health club with a facility located at 411 Barnum Avenue Cutoff, Stratford, Connecticut.

3. The defendant, **FITNESS INTERNATIONAL, LLC**, is a health club which provides fitness activities, instruction, classes and equipment to its membership in exchange for a membership fee and membership is open to the general public who are invited to join.

4. At all times stated herein, the plaintiff **ANGELA L. DEMELLO A/K/A ANGELA DEMELLO**, was an accepted member of the Defendant's fitness club having complied with its membership requirements, and including payment of any fees due to the Defendant at the said time.

5. At all times stated herein the defendant, **FITNESS INTERNATIONAL, LLC, d/b/a LA FITNESS**, its agents, servants and employees were in possession and control of its health club facilities located at 411 Barnum Avenue Extension, Stratford, Connecticut, including the floor areas within the said premises.

6. On or about May 30, 2019 at approximately 7:00pm, the plaintiff, **ANGELA L. DEMELLO A/K/A ANGELA DEMELLO** entered the Defendant's health club facility located at 411 Barnum Avenue Cutoff, Stratford, Connecticut, walking toward the right, to the side of the reception desk in the front of the facility for the purpose of proceeding to a Zumba class to be conducted in a room in the rear of the facility that evening, offered to members, invitees by the Defendant.

7. As the Plaintiff walked to the side of the reception desk she was caused to slip and fall on the floor which was wet and slippery, violently striking the back of her head, back and body on the hard floor surface.

8. The fall of the plaintiff, **ANGELA L. DEMELLO A/K/A ANGELA DEMELLO** was a direct and proximate result of the negligence and carelessness of the defendant, **FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS**, its agents, servants, employees, in one or more of the following respects:

    a. in that the Defendant, its agents, servants, employees allowed water, soap or other slippery substance or cleaner to accumulate and remain in an area that individuals invited and entering upon the premises would be walking through, although they or each of them knew or should have known that failure to discover and correct the defective condition

2

was likely to result in injury to individuals and invited and entering members coming upon the premises such as the Plaintiff;

      b. in that the Defendant, its agents, servants, employees failed to warn of the dangerous condition then and there existing although they or each of them knew or should have known such failure was likely to result in injury to individuals invited and coming upon the premises such as the Plaintiff;

      c. in that the Defendant, its agents, servants, employees failed to warn of the dangerous conditions then and there existing although they or each of them knew or should have known such failure was likely to result in injury to individuals invited and coming upon the premises such as the Plaintiff;

      d. in that the Defendant, its agent, servants, employees failed to erect or provide signs or barriers to prevent entering into the area where the defective condition existed although they knew or each of them should have known such failure would likely result in injury to individuals invited and coming upon the premises such as the Plaintiff;

      e. in that the Defendant, its agents, servants, employees failed to inspect for and remedy the dangerous and defective condition then and there existing upon the premises although they or each of them knew or should have known such failure was likely to result in injury to those invited and coming upon the premises such as the Plaintiff;

      f. in that the Defendant's management, supervisors, employees in a supervisory capacity failed to instruct and/or supervise employees and/or staff as to the need to inspect and maintain the floors of the premises in a safe condition, although they knew or should have known that such failure would likely result in injury to those coming upon the premises such as the Plaintiff.

      9. As a direct and proximate result of the negligence and carelessness of the

Defendant, its agents, servants, employees, the plaintiff **ANGELA L. DEMELLO A/K/A**

**ANGELA DEMELLO**, sustained the following serious and severe personal injuries, some or

all of which may be permanent in nature:

    a. Full thickness tear of the anterior distal aspect of the supraspinatus tendon;

    b. Infraspinatus and long head of biceps tendinosis;

    c. Posterior labral tear;

    d. Left complete chronic rotator cuff tear;

    e. Aggravation of pre-existing condition of the left shoulder;

    f. Mild acromioclavicular arthropathy;

    g. Concussion;

    h. Headache;

    i. Left knee sprain of the medial ligament;

    j. Low back pain;

    k. Aggravation of pre-existing condition of the lumbar spine;

    l. Left and right hip pain;

    m. Bilateral lumbar radiculitis;

    n. Lumbosacral neuritis; and

    o. Persistent cervical pain.

10. As a further direct and proximate result of the negligence and carelessness of the Defendant, its agents, servants, employees, the Plaintiff incurred expense for medicines,

medical care, diagnostic testing, hospital care, anesthesia and surgery and related expenses, and rehabilitation and will incur additional medical expenses in the future all to her financial loss.

11. As a further direct and proximate result of the negligence and carelessness of the Defendant, its agents, servants, employees, the Plaintiff was unable to pursue her normal activities and lost time from work all to her personal and financial loss.

WHEREFORE THE PLAINTIFF CLAIMS:

1. Money Damages

THE PLAINTIFF
ANGELA L. DEMELLO A/K/A ANGELA DEMELLO

By: _____
John M. Varrone
Commissioner of the Superior Court

### Certification of Financial Responsibility

I certify that I have personal knowledge as to the financial responsibility of the Plaintiff and deem it sufficient.

_____
John M. Varrone
Commissioner of the Superior Court

A TRUE COPY
ATTEST:
ELIZABETH J. OSTROWSKI
CONNECTICUT STATE MARSHAL
AN INDIFFERENT PERSON

5

| | |
|---|---|
| RETURN DATE: MAY 5, 2020 | : SUPERIOR COURT |
| ANGELA L. DEMELLO A/K/A ANGELA DEMELLO | : J.D. OF FAIRFIELD |
| V. | : AT BRIDGEPORT |
| FITNESS INTERNATIONAL, LLC | : MARCH 19, 2020 |

## *DEMAND FOR RELIEF*

WHEREFORE THE PLAINTIFF CLAIMS:

1. Money Damages;

The amount, legal interest or property in demand is in excess of FIFTEEN THOUSAND DOLLARS ($15,000) exclusive of interest and costs.

THE PLAINTIFF,
ANGELA L. DEMELLO A/K/A ANGELA
DEMELLO

By _____
John M. Varrone
Commissioner of the Superior Court

A TRUE COPY
ATTEST:
ELIZABETH J. OSTROWSKI
CONNECTICUT STATE MARSHAL
AN INDIFFERENT PERSON

6